**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Document # **5**

---

Brown et al

-v-

A.R.D.C.

---

USCA NO. _____

SDNY NO. 07 cv 7563

JUDGE: KMW

DATE: Sept. 25, 2007

*[U.S. District Court Filed SEP 28 2007 S.D. of N.Y. stamp]*

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____ THOMAS PISARCZYK _____
FIRM _____ APPEALS SECTION _____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. _____ (212) 805-0636 _____

DISTRICT COURT DOCKET ENTRIES ---------------------------------------

DOCUMENTS                                                                    DOC#

---

Clerk's Certificate

---

See Attached List of Numbered Documents

---

( X ) Original Record                                      ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 28th Day of Sept., 2007.

**United States District Court for the Southern District of New York**

Date: Sept. 28, 2007

U.S.C.A. # _____

U.S.D.C. # 07cv7563

D.C. JUDGE KMW

---------------------------------------------------

Brown, et al

-v-

A. R. D. C

---------------------------------------------------

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**         **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 28th Day of Sept. In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED, HABEAS

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07563-KMW
### Internal Use Only

Brown et al v. A.R.D.C. of Riker's Island
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/27/2007
Date Terminated: 08/27/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254..Document filed by Troy Roland Brown.(mbe) (Entered: 08/31/2007) |
| 08/27/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (mbe) (Entered: 08/31/2007) |
| 08/27/2007 | 2 | ORDER OF DISMISSAL,,,Petitioner is permitted to proceed without payment of fees, and the Clerk of Court is directed to assign a civil docket number to this petition. For the reason set forth in this order, the petition is dismissed. Accordingly, petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C.22554 is dismissed without prejudice for failing to fully exhaust his state court remedies.Petitioner may file a new petition once all available state remedies have been exhausted. As the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. I certify pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/27/7) (laq) (Entered: 08/31/2007) |
| 08/27/2007 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (laq) (Entered: 08/31/2007) |
| 09/13/2007 | 4 | NOTICE OF APPEAL from [3] Judgment - Sua Sponte (Petition), Judgment - Sua Sponte (Petition). Document filed by Troy Roland Brown. Copies mailed to the attorneys of record: Corporation Counsel. (dt) (Entered: 09/27/2007) |
| 09/13/2007 | | Appeal Remark as to [4] Notice of Appeal filed by Troy Roland Brown. I.F.P. REVOKED 8/27/07. $ 455.00 APPEAL FILING FEE DUE. (dt) (Entered: 09/27/2007) |
| 09/27/2007 | | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (dt) (Entered: 09/27/2007) |
| 09/28/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 09/28/2007) |